UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>        v.  )<br>  )<br>ELIODORO ZAPATA-HERRERA,  )<br>  )<br>  )<br>            Defendant.  )<br>_____ ) | Criminal Case No. 06CR2346-JM<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS** |

ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the information in criminal case number 06CR2346-JM be dismissed, without prejudice, as to defendant Eliodoro Zapata-Herrera.

IT IS FURTHER ORDERED that the bond be exonerated, if bond be posted.

IT IS FURTHER ORDERED that any future hearing dates be vacated.

DATED: March 1, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties

06CR2346